# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, and FENWAY HEALTH,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services,<br><br>     *Defendants*. | Civil Action No. 1:20-cv-11297 |

## NOTICE OF APPEARANCE

  Please enter my appearance as counsel for Plaintiffs in in the above-captioned matter.

Dated: July 9, 2020        Respectfully submitted,

                */s/ Kevin Costello*_____
                Kevin Costello (BBO# 669100)
                CENTER FOR HEALTH LAW & POLICY INNOVATION
                Harvard Law School
                1585 Massachusetts Avenue
                Cambridge, MA 02138
                (617) 496-0901
                KCostello@law.harvard.edu

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Electronic Court Filing system on July 9, 2020, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants not so identified along with a copy of the Complaint which was filed contemporaneously herewith.

>*/s/ Kevin Costello*_____
>Kevin Costello (BBO# 669100)
>CENTER FOR HEALTH LAW & POLICY INNOVATION
>Harvard Law School
>1585 Massachusetts Avenue
>Cambridge, MA 02138
>(617) 496-0901
>KCostello@law.harvard.edu
>
>*Counsel for Plaintiffs*