# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services, <br><br> *Defendants*. | Civil Action No. 1:20-cv-11297 |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR JESSICA ELLSWORTH, KIRTI DATLA, JO-ANN TAMILA SAGAR, ERIN CHAPMAN, KRISTINA ALEKSEYEVA, AND PETER WILLIAM BAUTZ**

Pursuant to Rule 83.5.3(c) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Transgender Emergency Fund of Massachusetts, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, and Fenway Health, move that attorneys Jessica Ellsworth, Kirti Datla, Jo-Ann Tamila Sagar, Erin Chapman, Kristina Alekseyeva, and Peter William Bautz be permitted to appear *pro hac vice* (in association with the undersigned) to represent them in this matter.

1.      Jessica Ellsworth is a partner at Hogan Lovells US LLP, 555 Thirteenth Street NW, Washington, DC 20004.  She is a member in good standing of the bars of Virginia and the District of Columbia, as well as the bars of the Supreme Court of the United States, the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits, and the United States District Courts for the Eastern District of Virginia and the District of Columbia.  There are no disciplinary proceedings pending against Ms. Ellsworth in any jurisdiction.

2.      Kirti Datla is a senior associate at Hogan Lovells US LLP, 555 Thirteenth Street NW, Washington, DC 20004.  She is a member in good standing of the bars of Texas and the District of Columbia, as well as the bars of the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Federal, and District of Columbia Circuits, the United States Court of International Trade, and the United States District Court for the District of Columbia.  There are no disciplinary proceedings pending against Ms. Datla in any jurisdiction.

3.      Jo-Ann Tamila Sagar is a senior associate at Hogan Lovells US LLP, 555 Thirteenth Street NW, Washington, DC 20004.  She is a member in good standing of the bar of New York.  There are no disciplinary proceedings pending against Ms. Sagar in any jurisdiction.

4.      Erin Chapman is an associate at Hogan Lovells US LLP, 555 Thirteenth Street NW, Washington, DC 20004.  She is a member in good standing of the bar of the District of Columbia, as well as the bars of the United States Courts of Appeals for the Sixth, Ninth, Tenth, and District of Columbia Circuits.  There are no disciplinary proceedings pending against Ms. Chapman in any jurisdiction.

5. Kristina Alekseyeva is an associate at Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017.  She is a member in good standing of the bar of New York.  There are no disciplinary proceedings pending against Ms. Alekseyeva in any jurisdiction.

6. Peter William Bautz is an associate at Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017.  He is a member in good standing of the bars of New York and Missouri, as well as the bars of the Eastern District of New York and the Southern District of New York.  There are no disciplinary proceedings pending against Mr. Bautz in any jurisdiction.

7. Jessica Ellsworth, Kirti Datla, Jo-Ann Tamila Sagar, Erin Chapman, Kristina Alekseyeva, and Peter William Bautz are familiar with the rules of this court.

8. William H. Kettlewell is a member in good standing of the bar of this Court and will continue to represent Plaintiffs in this action.

**WHEREFORE**, Plaintiffs move that this Court admit Jessica Ellsworth, Kirti Datla, Jo-Ann Tamila Sagar, Erin Chapman, Kristina Alekseyeva, and Peter William Bautz *pro hac vice* for the purpose of representing them in this action.

Dated: July 9, 2020

Respectfully submitted,

/s/ William H. Kettlewell
William H. Kettlewell (BBO# 270320)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
bill.kettlewell@hoganlovells.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants not so identified along with a copy of the Complaint which was filed contemporaneously herewith on July 9, 2020.

                                                /s/ William H. Kettlewell_____