UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS,, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services, <br><br> *Defendants*. | Civil Action No. 1:20-cv-11297 |

**CERTIFICATE OF ERIN CHAPMAN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Erin Chapman, hereby certify that:

    1.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member in good standing of the bar of the District of Columbia. I have also been admitted to practice before the United States Courts of Appeals for the Sixth, Ninth, Tenth, and District of Columbia Circuits.

    2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2020.

/s/ Erin Chapman
Erin Chapman[*]
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
erin.chapman@hoganlovells.com

---

[*] Physical copy on file with attorney with original signature.