BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services,

*Defendants*.

Civil Action No. 1:20-cv-11297

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR MICHELLE BANKER, DORIANNE MASON, SUNU CHANDY, LAUREN GORODETSKY, DALE MELCHERT, AND LYNLY EGYES**

Pursuant to Rule 83.5.3(c) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Transgender Emergency Fund of Massachusetts, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, and Fenway Health, move that attorneys Michelle Banker, Dorianne Mason, Sunu Chandy, Lauren Gorodetsky, Dale Melchert, and Lynly Egyes be permitted to appear *pro hac vice* (in association with the undersigned) to represent them in this matter.

1. Michelle Banker is the Director of Reproductive Rights and Health Litigation at the National Women's Law Center, 11 Dupont Circle NW, Suite 800, Washington, DC, 20036. She is a member in good standing of the bars of the District of Columbia, New York, New Jersey, and Virginia*, as well as the bars of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, and District of Columbia Circuits, and the United States District Courts for the District of New Jersey, the District of Maryland, the Eastern District of New York, and the Southern District of New York. There are no disciplinary proceedings pending against Ms. Banker in any jurisdiction.

2. Dorianne Mason is the Director of Health Equity at the National Women's Law Center, 11 Dupont Circle NW, Suite 800, Washington, DC, 20036. She is a member in good standing of the bars of Indiana* and Ohio, as well as the bar of the United States Court of Appeals for the Sixth Circuit. There are no disciplinary proceedings pending against Ms. Mason in any jurisdiction.

3. Sunu Chandy is the Legal Director of the National Women's Law Center, 11 Dupont Circle NW, Suite 800, Washington, DC, 20036. She is a member in good standing of the bars of New York and the District of Columbia, as well as the bars of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Ninth, and Tenth Circuits, and the United States District Courts for the District of the District of Columbia, the Eastern District of New York, the Northern District of New York, the Southern District of New York, and the Western District of New York. There are no disciplinary proceedings pending against Ms. Chandy in any jurisdiction.

4. Lauren Gorodetsky is a Legal Fellow for Reproductive Rights and Health at the National Women's Law Center, 11 Dupont Circle NW, Suite 800, Washington, DC, 20036. She

* Indicates voluntary inactive status.

is a member in good standing of the bars of New York and the District of Columbia, as well as the bar of United States Court of Appeals for the Fourth Circuit. There are no disciplinary proceedings pending against Ms. Gorodetsky in any jurisdiction.

5. Lynly Egyes is the Legal Director of the Transgender Law Center, 594 Dean Street, Brooklyn, NY 11238. She is a member in good standing of the bars of New York and New Jersey, as well as the bar of the Supreme Court of the United States. There are no disciplinary proceedings pending against Ms. Egyes in any jurisdiction. Though she had a *pro hac vice* admission temporarily suspended, the suspension was not due to attorney misconduct.

6. Dale Melchert is a staff attorney at the Transgender Law Center, 594 Dean Street, Brooklyn, NY 11238. He is a member in good standing of the bar of New York, as well as the bar of the Supreme Court of the United States. He has associational admission for a case in the United States District Court for the District of New Mexico and pro hac vice admission to the bar New Mexico for a state court case pending there. There are no disciplinary proceedings pending against Mr. Melchert in any jurisdiction.

7. Michelle Banker, Dorianne Mason, Sunu Chandy, Lauren Gorodetsky, Dale Melchert, and Lynly Egyes are familiar with the rules of this court.

8. William H. Kettlewell is a member in good standing of the bar of this Court and will continue to represent Plaintiffs in this action.

**WHEREFORE**, Plaintiffs move that this Court admit Michelle Banker, Dorianne Mason, Sunu Chandy, Lauren Gorodetsky, Dale Melchert, and Lynly Egyes *pro hac vice* for the purpose of representing them in this action.

Dated: July 9, 2020                           Respectfully submitted,

                                              /s/ William H. Kettlewell
                                              William H. Kettlewell (BBO# 270320)
                                              HOGAN LOVELLS US LLP
                                              125 High Street, Suite 2010
                                              Boston, MA 02110
                                              (617) 371-1000
                                              bill.kettlewell@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants not so identified along with a copy of the Complaint which was filed contemporaneously herewith on July 9, 2020.

                                              /s/ William H. Kettlewell