# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11297 |

**CERTIFICATE OF LYNLY EGYES IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Lynly Egyes, hereby certify that:

    1.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member in good standing of the bars of New York and New Jersey. I have also been admitted to practice before the Supreme Court of the United States.

    2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct. My pro hac vice admission in the Indiana Court of Appeals was temporarily revoked on November 22, 2019 and I was "automatically excluded from the practice of law" in Indiana for reasons but not due to attorney misconduct – namely, my admission was temporarily suspended due to a failure to file a timely notice of the granting of my pro hac vice admission with the Clerk of the Indiana Supreme Court. After filing a Petition for Relief from Automatic Exclusion, the Indiana Supreme Court issued and order restoring my admission on January 29, 2020.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2020.

/s/ Lynly Egyes\
Lynly Egyes[*]\
TRANSGENDER LAW CENTER\
594 Dean Street,\
Brooklyn, NY 11238\
(973) 454-6325\
Lynly@transgenderlawcenter.org

---

[*] Physical copy on file with attorney with original signature.