UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services, <br><br> *Defendants*. | Civil Action No. 1:20-cv-11297 |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY DAVID BROWN, NOAH LEWIS, AND ALEJANDRA CARABALLO**

Pursuant to Rule 83.5.3(c) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Transgender Emergency Fund of Massachusetts, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, and Fenway Health, move that attorneys David Brown, Noah Lewis, and Alejandra Caraballo be permitted to appear *pro hac vice* (in association with the undersigned) to represent them in this matter.

1. David Brown is the Legal Director of the Transgender Legal Defense & Education Fund, 520 8th Avenue, Suite 2204, New York, NY 10018.  He is a member in good standing of the bar of New York.  There are no disciplinary proceedings pending against Mr. Brown in any jurisdiction.

2. Noah Lewis is the Trans Health Project Director at the Transgender Legal Defense & Education Fund, 520 8th Avenue, Suite 2204, New York, NY 10018.  He is a member in good standing of the bars of Pennsylvania and New York.  There are no disciplinary proceedings pending against Mr. Lewis in any jurisdiction.

3. Alejandra Caraballo is a staff attorney at the Transgender Legal Defense & Education Fund, 520 8th Avenue, Suite 2204, New York, NY 10018.  She is a member in good standing of the bar of New York.  There are no disciplinary proceedings pending against Ms. Caraballo in any jurisdiction.

4. JDavid Brown, Noah Lewis, and Alejandra Caraballo are familiar with the rules of this court.

5. William H. Kettlewell is a member in good standing of the bar of this Court and will continue to represent Plaintiffs in this action.

**WHEREFORE**, Plaintiffs move that this Court admit David Brown, Noah Lewis, and Alejandra Caraballo *pro hac vice* for the purpose of representing them in this action.

Dated: July 9, 2020

Respectfully submitted,

/s/ William H. Kettlewell
William H. Kettlewell (BBO# 270320)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
bill.kettlewell@hoganlovells.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants not so identified along with a copy of the Complaint which was filed contemporaneously herewith on July 9, 2020.

                                                    /s/ William H. Kettlewell