# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BOSTON ALLIANCE OF GAY, LESBIAN,
BISEXUAL AND TRANSGENDER YOUTH,
CALLEN-LORDE COMMUNITY HEALTH
CENTER, CAMPAIGN FOR SOUTHERN
EQUALITY, DARREN LAZOR, EQUALITY
CALIFORNIA, FENWAY HEALTH, and
TRANSGENDER EMERGENCY FUND OF
MASSACHUSETTS,,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, ALEX
M. AZAR II, in his official capacity as
Secretary of the U.S. Department of Health and
Human Services, ROGER SEVERINO, in his
official capacity as Director, Office for Civil
Rights, U.S. Department of Health and Human
Services, SEEMA VERMA, in her official
capacity as Administrator for the Centers for
Medicare and Medicaid Services, U.S.
Department of Health and Human Services,

*Defendants*.

Civil Action No. 1:20-cv-11297

## CERTIFICATE OF DAVID BROWN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, David Brown, hereby certify that:

1.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member in good standing of the New York.

2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2020.

/s/ David Brown
David Brown[*]
TRANSGENDER LEGAL DEFENSE &
EDUCATION FUND
520 8th Avenue, Suite 2204
New York, NY 10018
(646) 993-1675
dbrown@transgenderlegal.org

---

[*] Physical copy on file with attorney with original signature.