# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH, CALLEN-LORDE COMMUNITY HEALTH CENTER, CAMPAIGN FOR SOUTHERN EQUALITY, DARREN LAZOR, EQUALITY CALIFORNIA, FENWAY HEALTH, and TRANSGENDER EMERGENCY FUND OF MASSACHUSETTS,, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services, <br><br> *Defendants*. | Civil Action No. 1:20-cv-11297 |

## CERTIFICATE OF ALEJANDRA CARABALLO IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Alejandra Caraballo, hereby certify that:

    1.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member in good standing of the bar of New York.

    2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    3.    I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2020.

/s/ Alejandra Caraballo
Alejandra Caraballo[*]
TRANSGENDER LEGAL DEFENSE & EDUCATION FUND
520 8th Avenue, Suite 2204
New York, NY 10018
(646) 993-1676
acaraballo@transgenderlegal.org

---

[*] Physical copy on file with attorney with original signature.