Civil Action No.: **1:20−CV−11297−PBS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>U.S. Attorney for the District of Massachusetts</u>
was received by me on (date) <u>07/14/2020</u>.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): I served the summons on Paul Harvey, Office Administrator for office of the U.S. Attorney, located at the John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston MA 02210 on 07/15/2020.

My fees are $ <u>0.00</u> for travel and $<u>0.00</u> for services, for a total of $<u>0.00</u>.

I declare under penalty of perjury that this information is true.

<u>7/16/20</u>
*Date*

_____
*Server's Signature*

<u>James Burke, Constable</u>
*Printed name and title*

<u>PO Box 51576, Boston, MA 02205</u>
*Server's Address*

Additional information regarding attempted service, etc:

### Documents Delivered:

- Federal Summons in a Civil Action
- Complaint