Civil Action No.: **1:20-CV-11297-PBS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) William P. Barr, U.S. Attorney General, Office of the Attorney General, U.S. Department of Justice

was received by me on (date) 07/14/2020 .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Summons was served by delivering via US Postal Service - Certified Mail to William P. Barr, U.S. Attorney General, located in the Robert F. Kennedy Building at 950 Pennsylvania Ave, NW, Washington D.C 20530.
See below additional notes regarding service.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

7/16/2020
Date

*Server's Signature*

Matthew Ostman, Process Server
*Printed name and title*

900 Jackson St, Suite 750, Dallas TX 75202
*Server's Address*

Additional information regarding attempted service, etc:

Due to the COVID-19 pandemic the public does not have access to this building so service is to be made in compliance w/ Rule 4(i) of the Federal Rules of Civil Procedure, that complaints & summonses can be served on agencies through registered or certified mail. Certified Mail Receipt and Image of Mailing Envelope are attached.

Documents Mailed: Federal Summons in a Civil Action, Complaint, Motion For Leave to Appear Pro Hac Vice (x3)



900 Jackson St, Suite 750
Dallas TX 75202

*** PERSONAL & CONFIDENTIAL ***

William P. Barr, U.S. Attorney General
Office of the Attorney General, U.S. Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Ave, NW
Washington D.C. 20530

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William P. Barr, U.S. Attorney General
Office of the Attorney General,
U.S. Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Ave. NW
Washington D.C. 20530

2. Article Number (Transfer from service label)

9590 9402 4549 8278 3926 74

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To William Barr, US Atty General
Street and Apt. No., or PO Box No. 930 Pennsylvania Ave, NW
City, State, ZIP+4 Washington D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here

7019 0140 0001 0529 4254

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0140 0001 0529 4254
7019 0140 0001 0529 4254

Civil Action No.: **1:20–CV–11297–PBS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>U.S. Department of Health & Human Services</u> was received by me on (date) <u>07/14/2020</u>.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Summons was served by delivering via US Postal Service - Certified Mail to The US Dept. of Health & Human Services located in the Hubert Humphrey Building at 200 Independence Ave, SW, Washington D.C 20201.
See below additional notes regarding service.

My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

7/16/2020
*Date*

*Server's Signature*

<u>Matthew Ostman, Process Server</u>
*Printed name and title*

<u>900 Jackson St, Suite 750, Dallas TX 75202</u>
*Server's Address*

Additional information regarding attempted service, etc:

As per the Dept. of Health & Human Services website, General Counsel - Robert P. Charrow: Due to the COVID-19 pandemic they do not have adequate staff to accept personal service of complaints & summonses. Until further notice they insist on strict compliance w/ Rule 4(i) of the Federal Rules of Civil Procedure that complaints & summonses may only be served on agencies through registered or certified mail. Certified Mail Receipt and Image of Mailing Envelope are attached.

Documents Mailed: Federal Summons in a Civil Action, Complaint, Motion For Leave to Appear Pro Hac Vice (x3)





900 Jackson St, Suite 750
Dallas TX 75202



Civil Action No.: **1:20–CV–11297–PBS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Alex M. Azar, II, United States Secretary of Health & Human Services - U.S. Department of Health & Human Services

was received by me on (date) __07/14/2020__ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Summons was served by delivering via US Postal Service - Certified Mail to Alex Azar II, US Secretary of Health & Human Services, located in the Hubert Humphrey Building at 200 Independence Ave, SW, Room 120F, Washington D.C. 20201.  See below additional notes regarding service.

My fees are $ __0.00__ for travel and $__0.00__ for services, for a total of $__0.00__ .

I declare under penalty of perjury that this information is true.

__7/16/2020__
Date

_____
Server's Signature

__Matthew Ostman, Process Server__
*Printed name and title*

__900 Jackson St, Suite 750, Dallas TX 75202__
*Server's Address*

Additional information regarding attempted service, etc:

As per the Dept. of Health & Human Services website, General Counsel - Robert P. Charrow: Due to the COVID-19 pandemic they do not have adequate staff to accept personal service of complaints & summonses. Until further notice they insist on strict compliance w/ Rule 4(i) of the Federal Rules of Civil Procedure that complaints & summonses may only be served on agencies through registered or certified mail.  Certified Mail Receipt and Image of Mailing Envelope are attached.

Documents Mailed: Federal Summons in a Civil Action, Complaint, Motion For Leave to Appear Pro Hac Vice (x3)



900 Jackson St, Suite 750
Dallas TX 75202

*** PERSONAL & CONFIDENTIAL ***

Alex M. Azar, II, United States Secretary of Health & Human Services
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Ave SW
Room 120 F
Washington D.C. 20201

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alex M. Azar, II, United States
Sec. of Health & Human Services
Hubert H. Humphrey Building
200 Independence Ave SW, Room 120F
Washington D.C. 20201

2. Article Number (Transfer from service label)
9590 9402 4549 8278 3926 81

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee    $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage   $
Total Postage and Fees   $
Postmark Here

Sent To: Alex Azar, US Sec of Health & Human
Street and Apt. No., or PO Box No.: 200 Independence Ave SW, Rm 120 F
City, State, ZIP+4: Washington D.C. 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL
7019 0140 0001 0529 4247

Civil Action No.: **1:20-CV-11297-PBS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Roger Severino, Director, Office of Civil Rights - U.S. Department of Health & Human Services</u>

was received by me on (date) <u>07/14/2020</u>.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Summons was served by delivering via US Postal Service - Certified Mail to Roger Severino, Director, Office of Civil Rights, located in the Hubert Humphrey Building at 200 Independence Ave, SW, Room 515F, Washington D.C. 20201 See below additional notes regarding service.

My fees are $ <u>0.00</u> for travel and $<u>0.00</u> for services, for a total of $<u>0.00</u>.

I declare under penalty of perjury that this information is true.

<u>7/16/2020</u>
Date

<u>Matthew Ostman, Process Server</u>
*Printed name and title*

Server's Signature

<u>900 Jackson St, Suite 750, Dallas TX 75202</u>
*Server's Address*

Additional information regarding attempted service, etc:

As per the Dept. of Health & Human Services website, General Counsel - Robert P. Charrow: Due to the COVID-19 pandemic they do not have adequate staff to accept personal service of complaints & summonses. Until further notice they insist on strict compliance w/ Rule 4(i) of the Federal Rules of Civil Procedure that complaints & summonses may only be served on agencies through registered or certified mail. Certified Mail Receipt and Image of Mailing Envelope are attached.

Documents Mailed: Federal Summons in a Civil Action, Complaint, Motion For Leave to Appear Pro Hac Vice (x3)



900 Jackson St, Suite 750
Dallas, TX 75202

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Roger Severino, Director, Office of Civil Rights
U.S. Department of Health & Human Services - Hubert H. Humphrey Bldg
200 Independence Ave, SW
Room 515F
Washington D.C. 20201

2. Article Number (Transfer from service label)
9590 9402 4549 8278 3926 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

*** PERSONAL & CONFIDENTIAL ***

Roger Severino, Director, Office of Civil Rights
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Ave, SW
Room 515 F
Washington D.C. 20201

---

**U.S. Postal Service™
CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Sent To  Roger Servino, Director, Off Civil Rights
Street and Apt. No., or PO Box No.  200 Independence Ave, SW
City, State, ZIP+4®  Washington D.C. 20201

7019 0140 0001 0529 4278

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Civil Action No.: **1:20–CV–11297–PBS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Seema Verma, Administrator, Centers for Medicare & Medicaid Services - U.S. Department of Health & Human Services

was received by me on (date) 07/14/2020 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify): Summons was served by delivering via US Postal Service - Certified Mail to Seema Verma, Administrator, Centers for Medicare & Medicaid Services, located in the Hubert Humphrey Building at 200 Independence Ave, SW, Washington D.C. 20201. See below additional notes regarding service.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

7/16/2020
*Date*

*Server's Signature*

Matthew Ostman, Process Server
*Printed name and title*

900 Jackson St, Suite 750, Dallas TX 75202
*Server's Address*

Additional information regarding attempted service, etc:

As per the Dept. of Health & Human Services website, General Counsel - Robert P. Charrow: Due to the COVID-19 pandemic they do not have adequate staff to accept personal service of complaints & summonses. Until further notice they insist on strict compliance w/ Rule 4(i) of the Federal Rules of Civil Procedure that complaints & summonses may only be served on agencies through registered or certified mail. Certified Mail Receipt and Image of Mailing Envelope are attached.

Documents Mailed: Federal Summons in a Civil Action, Complaint, Motion For Leave to Appear Pro Hac Vice (x3)



900 Jackson St, Suite 750
Dallas TX 75202

*** PERSONAL & CONFIDENTIAL ***
Seema Verma, Administrator, Centers for Medicare & Medicaid Services
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Ave, SW
Washington D.C. 20201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Seema Verma, Administrator,
Centers for Medicare & Medicaid
Services - U.S. Department of
Health & Human Services
200 Independence Ave, SW
Washington D.C. 20201

2. Article Number (Transfer from service label)
9590 9402 4549 8278 3926 67

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To Seema Verma, Admin, Centers for Medicare
Street and Apt. No., or PO Box No. 200 Independence Ave, SW
City, State, ZIP+4® Washington D.C. 20201

7019 0140 0001 0529 4267

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

CERTIFIED MAIL
7019 0140 0001 0529 4267