**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BAGLY, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>Defendants. | Case No. 1:20-cv-11297-PS |

**AFFIDAVIT OF ALEXANDER CHEN**

I, Alexander Chen, declare:

1. I am a reputable member in good standing of the Bars of California and New York.
2. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.
3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am admitted to practice.
4. I have not previously been admitted *pro hac vice* to this court.
5. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2020.

Alexander Chen
LGBTQ+ Advocacy Clinic

WilmerHale Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130
achen@law.harvard.edu
617-998-1054