UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL AND TRANSGENDER YOUTH (BAGLY), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No.: 1:20-cv-11297-PBS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Taleah E. Jennings of Schulte Roth & Zabel LLP hereby respectfully enters her appearance as counsel for *Amici Curiae* Scholars of the LGBT Population in the above-captioned action, and respectfully requests that all subsequent papers be served upon her at the address indicated below.

Dated: New York, New York
November 20, 2020

                                                        Respectfully submitted,

                                                        /s/ Taleah E. Jennings
                                                        Taleah E. Jennings (Bar No. 657709)

                                                        Schulte Roth & Zabel LLP
                                                        919 Third Avenue
                                                        New York, New York  10022
                                                        Tel: (212) 756-2454
                                                        Fax: (212) 593-5955
                                                        taleah.jennings@srz.com

                                                        *Counsel for* Amici Curiae
                                                        *Scholars of the LGBT Population*