# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth (BAGLY); Callen-Lorde Community Health Center; Campaign for Southern Equality; Darren Lazor; Equality California; Fenway Health; Indigenous Women Rising; NO/AIDS Task Force (d/b/a CrescentCare); and Transgender Emergency Fund of Massachusetts,<br><br>            Plaintiffs,<br><br>v.<br><br>United States Department of Health and Human Services; Xavier Becerra, *in his official capacity as secretary of the U.S. Department of Health and Human Services*; Robinsue Frohboese, *in her official capacity as Acting Director, Office for Civil Rights, U.S. Department of Health and Human Services*; and *Chiquita Brooks-LaSure, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services*,<br>            Defendants. | Civil Action No. 1:20-cv-11297 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 83.5.2(c)(2) of the Local Rules of United States District Court for the District of Massachusetts, Alejandra Caraballo of the Transgender Legal Defense and Education Fund ("TLDEF") respectfully moves to withdraw as counsel for Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Transgender

1

Emergency Fund of Massachusetts, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, and Fenway Health, as she will no longer be associated with TLDEF. All other counsel who have entered appearances for Plaintiffs in this matter will remain as counsel.

Dated: August 16, 2021     Respectfully submitted,

/s/ Alejandra Caraballo
Alejandra Caraballo (admitted pro hac vice)
TRANSGENDER LEGAL DEFENSE
AND EDUCATION FUND, INC.
520 8th Ave. Ste. 2204
New York, NY 10018
Phone: 646.862.9396
acaraballo@transgenderlegal.org

/s/ William H. Kettlewell
William H. Kettlewell (BBO No. 270320)
HOGAN LOVELLS US LLP
125 High Street
Suite 2010
Boston, MA 02110
Phone: 617.371.1000
bill.kettlewell@hoganlovells.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants not so identified along with a copy of the Complaint which was filed contemporaneously herewith on August 16, 2021.

                                        /s/ William H. Kettlewell_____