# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth (BAGLY); *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| United States Department of Health and Human Services, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 1:20-cv-11297

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ALISON TANNER**

Pursuant to Rule 83.5(c) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, Fenway Health, Indigenous Women Rising, NO/AIDS Task Force (d/b/a CrescentCare), and Transgender Emergency Fund of Massachusetts, move that attorney Alison Tanner be permitted to appear *pro hac vice* (in association with the undersigned) to represent them in this matter.

1. Alison Tanner is Senior Litigation Counsel for Reproductive Rights and Health at the National Women's Law Center, 11 Dupont Circle, Suite 800, Washington, DC, 20036. She is a member in good standing of the bar of the District of Columbia, as well as the bars of the United States Court of Appeals for the Seventh Circuit and the United States District Court for the District of Colorado. There are no disciplinary proceedings pending against Ms. Tanner in any jurisdiction.

2. Ms. Tanner is familiar with the rules of this court.

3. William H. Kettlewell is a member of good standing of the bar of this Court and will

continue to represent Plaintiffs in this action.

**WHEREFORE**, Plaintiffs move that this Court admit Alison Tanner *pro hac vice* for the

purpose of representing them in this action.

Dated: October 29, 2021                         Respectfully submitted,

/s/ William H. Kettlewell
William H. Kettlewell (BBO# 270320)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
bill.kettlewell@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be served upon Defendants not so identified.

/s/ William H. Kettlewell