THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAGLY, *et al.*,<br><br>      Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>      Defendants. | C.A. No. 20-cv-11297-PBS |

### NOTICE

On October 18, 2021, the Court issued an order setting November 1, 2021, as the deadline for the parties to submit supplemental briefing regarding the issue addressed in footnote two of the Defendants' Memorandum in Support of their Motion for Voluntary Remand, ECF No. 67. ECF No. 80. Defendants hereby notify the Court that they are not submitting a supplemental brief at this time, as their discussion of this issue is set forth in the footnote mentioned above. Defendants, however, respectfully reserve the right to seek leave of the Court, if prudent and after the conclusion of the stay of proceedings,[1] to respond to any brief Plaintiffs may submit.

Dated: November 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

/s/ *Liam C. Holland*
LIAM HOLLAND B.B.O. #704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

---

[1] On October 29, 2021, the Court issued a Memorandum and Order staying proceedings in this case until the end of April 2022. ECF No. 83.

Washington, DC 20530
Phone: (202) 514-4964
Fax: (202) 616-8470
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendant*