HARVARD LAW SCHOOL
OFFICE OF CLINICAL AND PRO BONO PROGRAMS

WCC Suite 3085 • 6 Everett Street • Cambridge, MA 02138
Telephone: 617-495-5202 • Fax: 617-496-2636

May 23, 2022

via ECF filing

Hon. Patti B. Saris
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:   *BAGLY v. U.S. Dep't of Health and Human Services, et al.*, No. 1:20-cv-11297

Your Honor:

      This letter provides an update to the February 4, 2021 filing of the Assistant Dean for Clinical & Pro Bono Programs. Our understanding is that the Court requested this update during its last motion hearing on October 18, 2021. We further understand that this matter was stayed on October 19, 2021 for some duration of time.

      The Office of Clinical Programs has overall administrative responsibility for student enrollment in clinical offerings at Harvard Law School. In the current academic year, Harvard Law School offers more than 35 in-house and externship clinics designed to provide students hands-on legal experience under the supervision of licensed attorneys across a broad swath of legal fields. Attorneys from the Center for Health Law & Policy Innovation of Harvard Law School are involved as counsel for plaintiffs in this matter. It is possible that students enrolled in the Center's clinical program may work with the *BAGLY* counsel team as one of ten possible projects currently ongoing within that clinic.

      The Office of Clinical Programs has reviewed the student enrollment roster of the Spring 2022 Harvard Law School seminar taught by Judge Saris entitled "Facts and Lies." No clinical student who is or has been directly involved with the *BAGLY* matter as a clinical student was enrolled in the seminar. With respect to the Center for Health Law & Policy Innovation, there was one student enrolled in the seminar who was previously working in the Center's clinic. That student did not have any past involvement with the *BAGLY* case, nor did that student have any concurrent involvement in the case during their Spring 2022 seminar enrollment. During their time in the clinic, they were involved in one of the nine other clinical projects offered within the Center for Health Law & Policy Innovation.

      Please do not hesitate to reach out to the Office of Clinical Programs if we can offer any further information.

Best Regards,

*Meredith Boak*

Meredith Boak
Assistant Dean for Clinical and Experiential
Education and Pro Bono Programs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth (BAGLY); et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States Department of Health and Human Services, et al.,<br><br>        Defendants. | Civil Action No. 1:20-cv-11297 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the CM/ECF system on June 1, 2022, and thus will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 1, 2022

                                                */s/ Kevin Costello*
                                                Kevin Costello (BBO No. 669100)
                                                CENTER FOR HEALTH LAW & POLICY
                                                INNOVATION
                                                Harvard Law School
                                                1585 Massachusetts Avenue
                                                Cambridge, MA 02138
                                                Phone: 617.496.0901
                                                kcostello@law.harvard.edu