UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
BAGLY, *et al.*,                                    )
                                                    )
    Plaintiffs,                   )
                                                    )
v.                                                  )   C.A. No. 20-cv-11297-PBS
                                                    )
UNITED STATES DEPARTMENT                            )
OF HEALTH AND HUMAN SERVICES,                       )
*et al.*,                                           )
                                                    )
    Defendants.                   )
_____)

## NOTICE OF WITHDRAWAL OF MOTION

Defendants hereby withdraw their pending motion to dismiss, or in the alternative for a voluntary remand, or in the alternative for a stay of proceedings. ECF No. 105. The parties have reached agreement on a joint motion to stay proceedings in the above-captioned matter.

Dated: August 24, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND B.B.O. #704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel.: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*