# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

BAGLY, *et al.*,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
*et al.*,

      Defendants.

_____

C.A. No. 20-cv-11297-PBS

## <u>NOTICE OF WITHDRAWAL OF MOTION</u>

Defendants hereby withdraw the motion to stay proceedings, ECF No. 110, which has been

resubmitted to correct a filing error.

Dated: August 24, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND B.B.O. #704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel.: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*