**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
BAGLY, *et al.*,                                    )
                                                    )
          Plaintiffs,                               )
                                                    )
v.                                                  )          C.A. No. 20-cv-11297-PBS
                                                    )
UNITED STATES DEPARTMENT                             )
OF HEALTH AND HUMAN SERVICES,                        )
*et al.*,                                           )
                                                    )
          Defendants.                               )
_____)

**ORDER**

The Court hereby ORDERS that all proceedings in the above-captioned case are STAYED

until 30 days after a final rule associated with the rulemaking proceeding docketed with the Docket

ID Number HHS-OS-2022-0012 is published in the Federal Register; and it is further

ORDERED that all pending deadlines are VACATED; and it is further

ORDERED that Defendants will provide reports to the Court on the status of the proposed

rulemaking every other month, with the first report due September 30, 2022; and it is further

ORDERED that the parties shall file a joint proposed schedule to address any further

proceedings in this case upon expiration of the stay period.

**SO ORDERED**.


8/25/2022                                    /s/ PATTI B. SARIS
_____                          _____
Date                                         JUDGE PATTI B. SARIS
                                             UNITED STATES DISTRICT JUDGE