UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
BAGLY, *et al.*,              )
                              )
    Plaintiffs,            )
                              )
v.                            )  C.A. No. 20-cv-11297-PBS
                              )
U.S. DEPARTMENT OF HEALTH     )
AND HUMAN SERVICES, *et al.*  )
                              )
    Defendants.            )
_____)

## REPORT ON STATUS OF PROPOSED RULEMAKING

    Pursuant to this Court's Order, ECF No. 114, Defendants submit this report on the status of the proposed rulemaking. On August 4, 2022, a proposed regulation implementing Section 1557 of the Affordable Care Act was published in the Federal Register. Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022). The United States Department of Health and Human Services ("HHS") sought comment on all issues raised by the proposed regulation. The comment period recently closed, on October 3, 2022. According to regulations.gov, HHS has received more than 85,000 comments on the proposed regulation.

Dated: November 30, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

Respectfully submitted,

/s/ *Liam C. Holland*
LIAM C. HOLLAND B.B.O. #704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*