UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth (BAGLY); Callen-Lorde Community Health Center; Campaign for Southern Equality; Darren Lazor; Equality California; Fenway Health; Indigenous Women Rising; NO/AIDS Task Force (d/b/a CrescentCare); and Transgender Emergency Fund of Massachusetts,<br><br>      Plaintiffs,<br><br>    v.<br><br>United States Department of Health and Human Services; Xavier Becerra, *in his official capacity as secretary of the U.S. Department of Health and Human Services*; Robinsue Frohboese, *in her official capacity as Acting Director, Office for Civil Rights, U.S. Department of Health and Human Services*; and Chiquita Brooks-LaSure, *in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services*,<br><br>      Defendants. | Civil Action No. 1:20-cv-11297 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 83.5.2(c)(2) of the Local Rules of United States District Court for the District of Massachusetts, William H. Kettlewell of Hogan Lovells US LLP respectfully moves to withdraw as counsel for Plaintiffs Boston Alliance of Gay, Lesbian, Bisexual and Transgender Youth, Transgender Emergency Fund of Massachusetts, Callen-Lorde Community Health Center, Campaign for Southern Equality, Darren Lazor, Equality California, and Fenway Health,

as he will no longer be associated with the law firm of Hogan Lovells US LLP.  All other counsel who have entered appearances for Plaintiffs in this matter will remain as counsel.

                        Respectfully submitted,

                        /s/ William H. Kettlewell

                        William H. Kettlewell
                        (BBO #270320)
                        HOGAN LOVELLS US LLP
                        125 High Street, Suite 2010
                        Boston, MA  02110
                        (617) 371-1000
                        bill.kettlewell@hoganlovells.com

Dated:  December 28, 2022

## CERTIFICATE OF SERVICE

      I, William H. Kettlewell, hereby certify that on this 28th day of December, 2022, a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice e of Electronic Filing (NEF).

                        /s/ William H. Kettlewell
                        William H. Kettlewell