UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BAGLY, *et al.*,                    )
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )   C.A. No. 20-cv-11297-PBS
                                    )
U.S. DEPARTMENT OF HEALTH           )
AND HUMAN SERVICES, *et al.*        )
                                    )
    Defendants.                    )
_____)

### REPORT ON STATUS OF PROPOSED RULEMAKING

    Pursuant to this Court's Order, ECF No. 114, Defendants submit this report on the status of the proposed rulemaking. The United States Department of Health and Human Services Office for Civil Rights is considering public comments on a proposed regulation implementing Section 1557 of the Affordable Care Act that was published in the Federal Register on August 4, 2022, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022).

Dated: January 31, 2023                      Respectfully submitted,

BRIAN M. BOYNTON                  /s/ *Liam C. Holland*
Principal Deputy Assistant Attorney General   LIAM C. HOLLAND B.B.O. #704799
                                                   Trial Attorney
MICHELLE R. BENNETT              United States Department of Justice
Assistant Director, Federal Programs Branch  Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, DC 20005
                                                   Tel: (202) 514-4964
                                                   Fax: (202) 616-8470
                                                   Email: Liam.C.Holland@usdoj.gov

                                                    *Attorneys for Defendants*