UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
BAGLY, *et al.*,              )
                              )
    Plaintiffs,               )
                              )
v.                            )   C.A. No. 20-cv-11297-PBS
                              )
U.S. DEPARTMENT OF HEALTH     )
AND HUMAN SERVICES, *et al.*  )
                              )
    Defendants.               )
_____)

### REPORT ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Order, ECF No. 114, Defendants submit this report on the status of the proposed rulemaking. The United States Department of Health and Human Services Office for Civil Rights is considering public comments on a proposed regulation implementing Section 1557 of the Affordable Care Act that was published in the Federal Register on August 4, 2022, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022).

Dated: March 31, 2023                    Respectfully submitted,

BRIAN M. BOYNTON                         /s/ *Liam C. Holland*
Principal Deputy Assistant Attorney General   LIAM C. HOLLAND B.B.O. #704799
                                         Trial Attorney
MICHELLE R. BENNETT                      United States Department of Justice
Assistant Director, Federal Programs Branch   Civil Division, Federal Programs Branch
                                         1100 L Street, N.W.
                                         Washington, DC 20005
                                         Tel: (202) 514-4964
                                         Fax: (202) 616-8470
                                         Email: Liam.C.Holland@usdoj.gov

                                         *Attorneys for Defendants*