IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAGLY, *et al.*,<br><br>                              Plaintiffs,<br><br>         v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>                              Defendants. | Civil Action No.: 20-cv-11297-PBS |

## MOTION FOR LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' ANTICIPATED PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(b)(4), Plaintiffs respectfully request leave to exceed the twenty (20) page limit for its memorandum of law in support of its partial motion for summary judgment. Plaintiffs request an additional fifty (50) pages, for a total of seventy (70) pages. Undersigned counsel conferred via electronic mail with counsel for Defendants on March 8, 2024 regarding this request. On March 12, 2024, Defendants indicated that they take no position regarding Plaintiffs' request. As grounds for this motion, undersigned counsel states as follows:

1.      Plaintiffs filed their Amended Complaint in this action against Defendants on September 18, 2020. ECF No. 18. The Amended Complaint contains four separate counts asserting numerous claims for violations of the Administrative Procedure Act concerning Section 1557 of the Patient Protection and Affordable Care Act ("ACA").

2.      Defendants filed a Motion to Dismiss on October 14, 2020, ECF No. 21, which this Court largely denied, ECF No. 63.

3.      On July 25, 2022, Defendants issued a notice of proposed rulemaking regarding Section 1557 of the ACA. ECF No. 104-1 (July 25, 2022).

4. On August 24, 2022, the Parties filed a joint motion to stay all proceedings until thirty (30) days after Defendants publish a new final rule implementing Section 1557. ECF No. 111.

5. On July 18, 2023, the Court issued an Order that Plaintiffs' motion for summary judgment "should be filed no earlier than December 21, 2023." ECF No. 123.

6. Plaintiffs now intend to file a Motion for Summary Judgment. Plaintiffs believe that seventy (70) pages will be necessary to fully address the complicated and lengthy history of this case, as well as address many nuanced legal arguments and an extensive administrative and factual record.

7. Plaintiffs respectfully submit that there is good cause for Plaintiffs' proposed enlargement of the twenty (20) page limit given the lengthy Complaint, extensive history of the rulemaking process, and the complexity of the legal issues Plaintiffs intend to raise.

8. Undersigned counsel conferred via electronic mail with counsel for Defendants on March 8, 2024 regarding Plaintiffs' request for a page enlargement of up to seventy (70) pages total. On March 12, 2024, Defendants indicated that they take no position regarding Plaintiffs' request.

Dated: March 12, 2024

        Respectfully submitted,

        */s/ Gregory F. Noonan*
        Gregory F. Noonan
        (BBO# 651035)
        Safa Osmani
        (BBO# 697034)
        HOGAN LOVELLS US LLP
        125 High Street
        Boston, MA 02110
        (617) 371-1000
        gregory.noonan@hoganlovells.com
        safa.osmani@hoganlovells.com

        Jessica L. Ellsworth*
        Jo-Ann Sagar*
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, DC 20004
        (202) 637-5600
        jessica.ellsworth@hoganlovells.com
        jo-ann.sagar@hoganlovells.com

        Peter William Bautz*
        HOGAN LOVELLS US LLP
        390 Madison Avenue
        New York, NY 10017
        (212) 918-3000
        peter.bautz@hoganlovells.com

        Sydney Duncan*
        Shayna Medley*
        TRANSGENDER LEGAL DEFENSE & EDUCATION FUND
        520 8th Avenue, Suite 2204
        New York, NY 10018
        (646) 898-2205
        sduncan@transgenderlegal.org
        smedley@transgenderlegal.org

Dale Melchert*
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
(510) 407-6367
dale@transgenderlawcenter.org

Lynly Egyes*
TRANSGENDER LAW CENTER
594 Dean Street
Brooklyn, NY 11238
(973) 454-6325
lynly@transgenderlawcenter.org

Michelle Banker*
Alison Tanner*
Kenna Titus*
NATIONAL WOMEN'S LAW CENTER
1350 Eye Street NW, Suite 700
Washington, DC 20002
(202) 588-5180
mbanker@nwlc.org
atanner@nwlc.org
ktitus@nwlc.org

Maryanne I. Tomazic*
CENTER FOR HEALTH LAW AND POLICY INNOVATION
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-1668
mtomazic@law.harvard.edu

*Admitted Pro Hac Vice

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2024, a copy of the foregoing was filed and served via ECF on all counsel of record.

                                                */s/ Gregory F. Noonan*
                                                Gregory F. Noonan

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Plaintiffs conferred with counsel for Defendants, who does not take a position on Plaintiffs' request.

                                                */s/ Gregory F. Noonan*
                                                Gregory F. Noonan