UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAGLY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 20-cv-11297-PBS |
| ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT ON STATUS OF CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs and Defendants respectfully submit this Joint Report on the status of any motions for summary judgment and cross motions for summary judgment. The Parties state as follows:

1. Under this Court's August 25, 2022, order, ECF No. 114, this Court stayed all proceedings until 30 days after a final rule associated with Docket ID Number HHS-OS-2022-0012 is published in the Federal Register. ECF No. 114.

2. On December 21, 2023, the United States Department of Health and Human Services ("HHS") Office for Civil Rights submitted a final rule implementing Section 1557 of the Affordable Care Act to the Office of Information and Regulatory Affairs ("OIRA") for review. HHS has not yet issued a final rule.

3. Plaintiffs intend to file a motion for summary judgment. The Parties jointly propose the following schedule for briefing Plaintiffs' motion:

| Plaintiffs File Motion for Summary Judgment | March 19, 2024 |
|---|---|
| Defendants File Opposition to Plaintiffs' Motion and Cross-Motion (if any) | May 3, 2024 |
| Plaintiffs File Reply In Support of Motion and Opposition to Defendants' Cross-Motion | May 24, 2024 |

1

| | |
|---|---|
| Defendants File Reply In Support of Cross-Motion | June 14, 2024 |
| The Parties File a Joint Appendix (containing all portions of the Administrative Recorded cited in their respective briefs) | July 15, 2024 |

4. The Parties reserve the right to seek an appropriate extension of any deadline in this proposed schedule for good cause shown.  For example, in the event that the new final rule is issued during the timeline contemplated by this schedule, the Parties may make additional filings in reaction to the new final rule. Defendants represent that they anticipate suggesting mootness upon the issuance of the new final rule and may seek an extension of any deadline(s) so as to preserve judicial and party resources while the Court resolves the issue of mootness.

WHEREFORE, the Parties respectfully request that this Court enter an order granting the proposed briefing schedule.

Dated: March 15, 2024

Respectfully submitted,

*/s/ Gregory F. Noonan*
Gregory F. Noonan
(BBO# 651035)
HOGAN LOVELLS US LLP
125 High Street
Boston, MA 02110
(617) 371-1000
gregory.noonan@hoganlovells.com

Jessica L. Ellsworth*
Jo-Ann Sagar*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
jo-ann.sagar@hoganlovells.com

Peter William Bautz\*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
peter.bautz@hoganlovells.com

Sydney Duncan\*
Shayna Medley\*
TRANSGENDER LEGAL DEFENSE & EDUCATION FUND
520 8th Avenue, Suite 2204
New York, NY 10018
(646) 898-2205
sduncan@transgenderlegal.org
smedley@transgenderlegal.org

Dale Melchert\*
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
(510) 407-6367
dale@transgenderlawcenter.org

Dorianne Mason\*
Michelle Banker\*
Alison Tanner\*
Kenna Titus\*
NATIONAL WOMEN'S LAW CENTER
1350 Eye Street NW, Suite 700
Washington, DC 20002
(202) 588-5180
atanner@nwlc.org

Lynly Egyes\*
TRANSGENDER LAW CENTER
594 Dean Street
Brooklyn, NY 11238
(973) 454-6325
lynly@transgenderlawcenter.org

Maryanne I. Tomazic*
CENTER FOR HEALTH LAW AND POLICY INNOVATION
1607 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
(617) 496-1668
mtomazic@law.harvard.edu

*Admitted Pro Hac Vice

Counsel for Plaintiffs

*/s/ Liam C. Holland*
Liam C. Holland (BBO# 704799)
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-4964
liam.c.holland@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ Gregory F. Noonan*
                                                  Gregory F. Noonan
                                                  (BBO# 651035)
                                                  HOGAN LOVELLS US LLP
                                                  125 High Street
                                                  Boston, MA 02110
                                                  (617) 371-1000
                                                  gregory.noonan@hoganlovells.com