UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAGLY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES,<br>*et al.*,<br><br>    Defendants. | C.A. No. 20-cv-11297-PBS |

## NOTICE OF FINAL RULE

Defendant United States Department of Health and Human Services submits this notice to inform the Court of the attached Final Rule, which revises its implementing regulations for Section 1557 of the Affordable Care Act. On April 26, 2024, the Office of the Federal Register made the rule available for public inspection.

Dated: April 29, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND B.B.O. #704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel.: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*