# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAGLY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Civil Action No. 20-cv-11297-PBS |

## JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 160, the parties submit this joint status report stating their positions on whether this case is moot. Defendants' position is that this case is moot. Plaintiffs' position is that this case is not moot.

Dated: June 12, 2024

                           Respectfully submitted,

                           */s/ Gregory F. Noonan*
                           Gregory F. Noonan
                           (BBO# 651035)
                           Safa Osmani
                           (BBO# 697034)
                           HOGAN LOVELLS US LLP
                           125 High Street
                           Boston, MA 02110
                           (617) 371-1000
                           gregory.noonan@hoganlovells.com
                           safa.osmani@hoganlovells.com

                           Jessica L. Ellsworth*
                           Jo-Ann Sagar*
                           HOGAN LOVELLS US LLP
                           555 Thirteenth Street, NW
                           Washington, DC 20004
                           (202) 637-5600
                           jessica.ellsworth@hoganlovells.com
                           jo-ann.sagar@hoganlovells.com

Peter William Bautz*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
peter.bautz@hoganlovells.com

Sydney Duncan*
Shayna Medley*
TRANSGENDER LEGAL DEFENSE & EDUCATION FUND
520 8th Avenue, Suite 2204
New York, NY 10018
(646) 898-2205
sduncan@transgenderlegal.org
smedley@transgenderlegal.org

Dale Melchert*
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
(510) 407-6367
dale@transgenderlawcenter.org

Michelle Banker*
Alison Tanner*
Kenna Titus*
NATIONAL WOMEN'S LAW CENTER
1350 Eye Street NW, Suite 700
Washington, DC 20002
(202) 588-5180
mbanker@nwlc.org
atanner@nwlc.org
ktitus@nwlc.org

Lynly Egyes*
TRANSGENDER LAW CENTER
594 Dean Street
Brooklyn, NY 11238
(973) 454-6325
lynly@transgenderlawcenter.org

Maryanne I. Tomazic*
CENTER FOR HEALTH LAW AND POLICY INNOVATION
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-1668
mtomazic@law.harvard.edu

**Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

<u>/s/ Liam C. Holland</u>
Liam C. Holland (BBO# 704799)
United States Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*