**HARVARD LAW SCHOOL**
**OFFICE OF CLINICAL AND PRO BONO PROGRAMS**

WCC Suite 3085  •  6 Everett Street  •  Cambridge, MA 02138
Telephone: 617-495-5202  •  Fax: 617-496-2636

October 24, 2024

via ECF filing

Hon. Patti B. Saris
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts  02210

RE: *BAGLY v. US. Dep't of Health and Human Services, et al.,* No. 1:20-cv-11297

Your Honor:

    This letter provides an update to the May 23, 2022 filing of the Assistant Dean for Clinical & Pro Bono Programs.

    The Office of Clinical Programs has overall administrative responsibility for student enrollment in clinical offerings at Harvard Law School.  In the current academic year, Harvard Law School offers more than 35 in-house and externship clinics designed to provide students hands-on legal experience under the supervision of licensed attorneys across a broad swath of legal fields.  Attorneys from the Center for Health Law & Policy Innovation of Harvard Law School are involved as counsel for plaintiffs in this matter. It is possible that students enrolled in the Center's clinical program may work with the *BAGLY* counsel team as one of the possible projects currently ongoing within that clinic.

    The Office of Clinical Programs has reviewed the student enrollment roster of the Fall 2024 Harvard Law School seminar taught by Judge Saris entitled "Facts and Lies." No clinical student who is or has been directly involved with the *BAGLY* matter as a clinical student was enrolled in the seminar.

    Please do not hesitate to reach out to the Office of Clinical Programs if we can offer any further information.

                    Best Regards**,**

                    *Meredith Boak*

                    Meredith Boak
                    Assistant Dean for Clinical and Experiential
                    Education and Pro Bono Programs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON ALLIANCE OF GAY, LESBIAN, BISEXUAL, AND TRANSGENDER YOUTH (BAGLY), *et al*,<br><br>      Plaintiffs,<br><br>            v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*,<br><br>      Defendants. | Civil Action No. 1:20-cv-11297 |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the CM/ECF system on November 6, 2024 and thus will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 6, 2024

*/s/ Kevin Costello*
Kevin Costello (BBO No. 669100)
CENTER FOR HEALTH LAW & POLICY
INNOVATION
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
Phone: 617.496.0901
kcostello@law.harvard.edu