UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAGLY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 20-cv-11297-PBS |

## DEFENDANTS' NOTICE OF RELEVANT DEVELOPMENTS

Defendants respectfully submit this notice to apprise the Court of the notice of voluntary dismissal filed by the plaintiffs in *Whitman-Walker Clinic, Inc. v. U.S. Department of Health and Human Services*, No. 1:20-cv-01630-JEB (D.D.C. Nov. 18, 2024), ECF No. 104.

The plaintiffs in *Whitman-Walker* raised essentially the same claims for relief with respect to the 2020 Rule promulgated by the United States Department of Health and Human Services ("HHS") as Plaintiffs here. After HHS promulgated the 2024 Rule, the *Whitman-Walker* court issued a Minute Order requiring the parties to file a Joint Status Report "indicating whether Plaintiffs wish to pursue further litigation or if the case can now be dismissed." Minute Order, No. 1:20-cv-01630-JEB (D.D.C. Oct. 1, 2024). After several requests for additional time to answer the Court's question, on November 18, 2024, the *Whitman-Walker* plaintiffs voluntarily dismissed the action. Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), *Whitman-Walker Clinic, Inc. v. U.S. Dep't of Health and Human Servs.*, No 1:20-cv-01630-JEB (D.D.C. Nov. 18, 2024), ECF No. 104.

Dated: November 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND (BBO #704799)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*