**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                       )
BOSTON ALLIANCE OF GAY, LESBIAN,       )
BISEXUAL AND TRANSGENDER YOUTH         )
(BAGLY), et al.,                       )
                                       )
                  Plaintiffs,          )
                                       )
v.                                     )     Civil Action
                                       )     No. 20-cv-11297-PBS
UNITED STATES DEPARTMENT OF HEALTH     )
AND HUMAN SERVICES, et al.,            )
                                       )
                  Defendants.          )
                                       )
_____)
```

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Order dated December 6, 2024, allowing defendants' motion to dismiss on the basis of mootness (Docket No. 164), and denying as moot Plaintiffs' motion for partial summary judgment (Docket No. 140) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: December 6, 2024